```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 19440
    JOHNNIE FRANKLIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3646


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/29/2008 and was not confirmed.

     The case was dismissed without confirmation 11/12/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
------------------------------------------------------------------------
CITY OF CHICAGO DEPT OF     SECURED                 .00         .00          .00
WELLS FARGO BANK            CURRENT MORTG           .00         .00          .00
WELLS FARGO BANK            MORTGAGE ARRE           .00         .00          .00
CINGULAR                    UNSECURED         NOT FILED         .00          .00
WASHINGTON MUTUAL           UNSECURED         NOT FILED         .00          .00
FUTURE FINANCE              UNSECURED         NOT FILED         .00          .00
COMED                       UNSECURED         NOT FILED         .00          .00
AT&T                        UNSECURED         NOT FILED         .00          .00
PEOPLES GAS LIGHT & COKE    UNSECURED         NOT FILED         .00          .00
PEOPLES ENERGY              UNSECURED         NOT FILED         .00          .00
ROBERT ONEAL                NOTICE ONLY       NOT FILED         .00          .00
SANDRA CATCH                NOTICE ONLY       NOT FILED         .00          .00
TENANT ANTICIPATED          NOTICE ONLY       NOT FILED         .00          .00
WELLS FARGO BANK            MORTGAGE NOTI     NOT FILED         .00          .00
CITY OF CHICAGO DEPT OF     UNSECURED           2160.00         .00          .00
BENNIE W FERNANDEZ          DEBTOR ATTY       1,373.00                    758.47
TOM VAUGHN                  TRUSTEE                                        58.85
DEBTOR REFUND               REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    817.32

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      758.47
TRUSTEE COMPENSATION                                 58.85
DEBTOR REFUND                                          .00
                         ---------------     ---------------
TOTALS                     817.32                  817.32



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 19440 JOHNNIE FRANKLIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 02/25/09                    _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```